UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Janet S. Baer

Hearing Date: June 16, 2015

Bankruptcy Case: 15-18528

Adversary No.:

Title of Case: In re: Vladimir Emedi and Mary Ann Emedi

Brief Statement of Motion: Byline Bank f/k/a North Community Bank's Motion to Authorize Receiver to Retain Possession of Property of the Estate Pursuant to 11 U.S.C. §543

Names and Addresses of moving counsel: Sheryl A. Fyock & Tejal S. Desai
55 W. Monroe St. #1100, Chicago, IL 60603

Representing: Byline Bank f/k/a North Community Bank

## ORDER

**IT IS HEREBY ORDERED,**

The Receiver Mark Reiter of Millenium Properties shall remain in place on the properties located at 3510 Irving Park Rd., Chicago, Illinois and 3305 W. Belle Plaine Avenue, Chicago, IL until a final ruling has been made on Byline Bank's Motion to Authorize Receiver to Retain Possession of the Property of the Estate.

JUDGE JANET S. BAER
UNITED STATE BANKRUPTCY COURT