UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Debtor(s)    *Vladimir & Mary Ann Emedi*    )
                                                    )   Case No.  15-18528
                                                    )
_____                    )
                                                    )
Plaintiff                                           )
                                                    )
                                                    )
                                                    )
                          v.                        )   Adversary No.
Defendant                                           )
                                                    )
                                                    )
                                                    )

**FINAL PRETRIAL ORDER [SHORT FORM]**

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before ___Aug 3, 2015___, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1.  ~~A brief statement of the theory of each claim and each defense;~~
2.  ~~A statement of stipulated facts in numbered paragraphs;~~
3.  ~~A statement in numbered paragraphs setting out the material facts which are in dispute;~~
4.  Each party's list of witnesses ~~with any objections noted, stating grounds;~~
5.  Each party's list of exhibits ~~it plans to offer with objections noted, stating~~ grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for ___Aug 11 2015___, at ___10:30 AM___ Courtroom ___615___
Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

An attorney who is a member of the trial bar under the provisions of Rule 600(B) of the local Bankruptcy Rules of this Court shall participate in the trial.

*Discovery to commence immediately and to complete by July 31, 2015. The parties shall cooperate & meet this expedited schedule.*

ENTER: _____
                                    Judge    AMC

Dated: ___7/15/15___

*The receiver shall remain in place throughout including August 12, 2015.*

Form Order No. 13